### 14089.   CHARLES *v.* BISHOP.

JENKINS, P. J.   "The fact that a judge of the superior court to whom a petition for certiorari is presented enters thereon and signs an order refusing to grant the writ does not constitute such petition a part of the record of the case to which it relates, and a certified copy of it can not be brought to this court as a portion of such record." *Central of Ga. Ry. Co.* v. *Whitehead,* 105 *Ga.* 492 (30 S. E. 814), and cases there cited. "This court can not review a judgment of the judge of the superior court refusing to sanction a petition for certiorari, when no copy of the petition is embodied in the bill of exceptions or attached thereto and verified by the judge." *Evans* v. *Bloodworth,* 105 *Ga.* 835 (31 S. E. 778). In accordance with the foregoing rulings, the motion to dismiss the bill of exceptions must necessarily be granted.

*Writ of error dismissed. Stephens and Bell, JJ.,* concur.
DECIDED APRIL 18, 1923.

Certiorari; from Cherokee superior court — Judge Blair. November 3, 1922.

*E. W. Coleman,* for plaintiff in error.
*Wood & Vandiviere,* contra.